# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID N. HOMMRICH, | : | No. 35 MAP 2020 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 674 |
| | : | MD 2016 dated May 12, 2020. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| PENNSYLVANIA PUBLIC UTILITIES | : | |
| COMMISSION, | : | |
| | : | |
| Appellant | : | |

| | | |
|---|---|---|
| DAVID N. HOMMRICH, | : | No. 36 MAP 2020 |
| | : | |
| Cross Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 674 |
| | : | MD 2016 dated May 12, 2020. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| PENNSYLVANIA PUBLIC UTILITIES | : | |
| COMMISSION, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                         **DECIDED:  February 17, 2021**

   **AND NOW,** this 17th day of February, 2021, the order of the Commonwealth Court
is **AFFIRMED**.